No. 222. WILLIAM R. VERNER, EXECUTOR, *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. James C. Peacock* and *John W. Townsend* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Mr. Alexander H. McCormick* for the United States.

---

No. 232. JOHN D. CHAPMAN *v.* UNITED STATES. October 10, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Mr. Sanford Robinson* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway* and *Messrs. J. Robert Anderson* and *Charles A. Hendler* for the United States.

---

No. 236. J. F. McMURRAY *v.* THE CHOCTAW NATION OF INDIANS AND THE CHICKASAW NATION OF INDIANS; and
No. 245. THE CHOCTAW NATION OF INDIANS AND THE CHICKASAW NATION OF INDIANS *v.* J. F. McMURRAY. October 10, 1927. Petitions for writs of certiorari to the Court of Claims denied. *Messrs. George E. Hamilton, John F. McCarron, F. C. Dillard, Ernest E. McInnis* and *Melvin Cornish* for petitioner in No. 236, and respondent in No. 245. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Messrs. George T. Stormont* and *W. T. Tucker* for respondents in No. 236 and petitioner in No. 245.

---

No. 237. ST. LOUIS MERCHANTS BRIDGE TERMINAL RAILWAY COMPANY *v.* EDNA LaLONE, ADMINISTRATRIX. October 10, 1927. Petition for a writ of certiorari to the St. Louis Court of Appeals, State of Missouri, denied. *Mr. J. L. Howell* for petitioner. *Mr. James T. Blair* for respondent.